UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FRIANT WATER AUTHORITY, a
California joint powers
authority, et al.,

        Plaintiffs,

     v.                              CIV. F-14-765 LJO/BAM

SALLY JEWELL, as Secretary of
the UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,

        Defendants
_____/
NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

        Plaintiffs,
                                     CIV. S-88-1658 LKK/GGH
     v.

KIRK RODGERS, a Regional
Director of the UNITED STATES
BUREAU OF RECLAMATION, et al.,

        Defendants.
_____/
```

   The court is in receipt of a Notice of Related Cases filed herein on May 22, 2014.  (ECF No. 1421.)  Grassland Water District and Grassland Resources Conservation District ("Grassland

1  Parties"), two of the defendants in <u>Friant Water Authority v.
2  Jewell</u>, No. 1:14-cv-00765-LJO-BAM, contend that the latter case is
3  related to the instant case within the meaning of Local Rule
4  123(a).
5      Whatever the substantive merits of the Grassland Parties'
6  position, relation is not warranted.  The undersigned will be
7  assuming inactive status effective October 1, 2014.  As a result,
8  even if the cases were ordered related, the matter would be
9  assigned to a new judge within a few months, thereby obviating
10 any "savings of judicial effort" or avoidance of "substantial
11 duplication of labor."  Local Rule 123(a).  Under these
12 circumstances, I DECLINE to relate the cases.
13     IT IS SO ORDERED.
14     DATED:  May 27, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT