1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

8

9    FRIANT WATER AUTHORITY, a                    CASE NO.  1:14-cv-00765-LJO-BAM
     California joint powers authority, et al.
10                                                **ORDER GRANTING GRASSLAND**
           Plaintiffs                             **DEFENDANTS' UNOPPOSED MOTION**
11                                                **FOR EXTENSION OF TIME (DOC. 47)**
     vs.
12
     SALLY JEWELL, as Secretary of the
13   UNITED STATES DEPARTMENT OF THE
     INTERIOR, et al.,
14
           Defendants.

15          This matter is before the Court upon Defendants Grassland Water District and Grassland

16   Resource Conservation District's Unopposed Motion for Extension of Time to Respond to

17   Plaintiffs' and Intervenors' Complaints, filed on June 4, 2014. (Doc. 47.)

18          The Court, having reviewed the Motion and being advised fully on the matter that the

19   motion is unopposed, hereby ORDERS that Defendants Grassland Water District and Grassland

20   Resource Conservation District's Unopposed Motion for Extension of Time to Respond to

21   Plaintiffs' and Intervenors' Complaints is GRANTED.  Grassland Defendants shall file their

22   response to the Plaintiffs' Complaint on or before July 21, 2014, and shall file any response to the

23   Exchange Contractor Intervenors' Complaint (to the extent a response is required) on or before

24   July 28, 2014.
     IT IS SO ORDERED.
25

26      Dated:   **June 6, 2014**              /s/ *Barbara A. McAuliffe*

27                                             UNITED STATES MAGISTRATE JUDGE

28
                                              - 1 -

4048-003j