Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Paul P. "Skip" Spaulding, III (State Bar No. 83922)
sspaulding@fbm.com
Ashley E. Breakfield (State Bar No. 280460)
abreakfield@fbm.com
Alex Reese (State Bar No. 280530)
areese@fbm.com
Alexander M. Porcaro (State Bar No. 281185)
aporcaro@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Jennifer T. Buckman (State Bar No. 179143)
jbuckman@friantwater.org
General Counsel
Friant Water Authority
1107 9th Street, Suite 640
Sacramento, CA 95814
Telephone: (916) 382-4344

Attorneys for Plaintiff
FRIANT WATER AUTHORITY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRIANT WATER AUTHORITY, a California joint powers authority, et al.

Plaintiff,

vs.

SALLY JEWELL, as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR; et al.,

Defendants.

Case No. 1:14-cv-00765-LJO-BAM

**STIPULATION EXTENDING TIME TO RESPOND TO EXCHANGE CONTRACTORS' COMPLAINT IN INTERVENTION; ORDER**

**(L.R. 144)**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

30049\4445652.2

Stipulation Extending Time to Respond to Exchange Contractors' Complaint in Intervention; Order

Plaintiff FRIANT WATER AUTHORITY and the other plaintiffs listed in the below signature portion (collectively, "Plaintiffs"); defendants UNITED STATES BUREAU OF RECLAMATION, UNITED STATES DEPARTMENT OF THE INTERIOR, DAVID MURILLO, LOWELL PIMLEY, MICHAEL JACKSON, and SALLY JEWELL (collectively, "Federal Defendants"); defendants GRASSLAND RESOURCE CONSERVATION DISTRICT and GRASSLAND WATER DISTRICT (collectively, "Grassland"); defendant-intervenors SAN LUIS & DELTA MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT (collectively, "SLDMWA/Westlands"); and intervenor SAN JOAQUIN RIVER EXCHANGE CONTRACTORS WATER AUTHORITY ("Exchange Contractors"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 20, 2014, Plaintiffs filed their initial Complaint;

WHEREAS, on May 27, 2014, the Court entered an order granting the Exchange Contractors' motion to intervene;

WHEREAS, on June 16, 2014, the Exchange Contractors filed a Complaint in Intervention;

WHEREAS, Plaintiffs have notified the other parties that they intend to amend their Complaint;

WHEREAS, the parties will further discuss the schedule for responses to the Plaintiffs' amended complaint after the amended complaint is filed;

WHEREAS, the Exchange Contractors have agreed to extend the time for the other parties to respond, as necessary, to the Exchange Contractors' Complaint in Intervention to and including September 8, 2014.

NOW, THEREFORE, PLAINTIFFS, FEDERAL DEFENDANTS, GRASSLAND, SLDMWA/WESTLANDS, AND THE EXCHANGE CONTRACTORS HEREBY AGREE AND STIPULATE THAT Plaintiffs, Federal Defendants, Grassland, and SLDMWA/Westlands shall have until and including September 8, 2014 to respond, as necessary, to the Exchange Contractors' Complaint in Intervention.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -                                                                                       30049\4445652.2
Stipulation Extending Time to Respond to Exchange Contractors' Complaint in Intervention; Order

IT IS SO STIPULATED.

Dated: July 1, 2014

FARELLA BRAUN + MARTEL LLP

By: /s/ Thomas Mayhew
Thomas Mayhew

Attorneys for Plaintiff
Friant Water Authority

FRIANT WATER AUTHORITY

By: /s/ Jennifer Buckman (as authorized on June 27, 2014)
Jennifer Buckman

Attorneys for Plaintiffs
Friant Water Authority, Arvin-Edison Water Storage District, Delano-Earlimart Irrigation District, Lindmore Irrigation District, Lindsay-Strathmore Irrigation District, Madera Irrigation District, Orange Cove Irrigation District, and Shafter-Wasco Irrigation District

PELTZER & RICHARDSON, APC

By: /s/ Alex M. Peltzer (as authorized on June 30, 2014)
Alex M. Peltzer

Attorneys for Plaintiffs
Lower Tule River Irrigation District, Pixley Irrigation District, Porterville Irrigation District, Stone Corral Irrigation District, Tea Pot Dome Water District, and Tulare Irrigation District

RUDDELL, COCHRAN, STANTON, SMITH & BIXLER, LLP

By: /s/ D. Zackary Smith (as authorized on June 30, 2014)
D. Zackary Smith

Attorneys for Plaintiffs
Terra Bella Irrigation District, Saucelito Irrigation District, and Kaweah Delta Water Conservation District

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 3 -

30049\4445652.2

Stipulation Extending Time to Respond to Exchange Contractors' Complaint in Intervention; Order

SAM HIRSCH
Acting Assistant Attorney General, Environment and Natural Resources Division

By: /s/ Sara C. Porsia (as authorized on June 30, 2014)
    Sara C. Porsia

Attorneys for Federal Defendants
Sally Jewell, in her capacity as Secretary of the U.S. Department of the Interior; U.S. Department of the Interior; Lowell Pimley, in his capacity as Acting Commissioner of the U.S. Bureau of Reclamation; David Murillo, in his capacity as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior; Michael Jackson, in his capacity as Area Manager of the South-Central California Area Office of the United States Bureau of Reclamation; and, U.S. Bureau of Reclamation


ADAMS BROADWELL JOSEPH & CARDOZO

By: /s/ Ellen L. Trescott (as authorized on June 30, 2014)
    D. Zackary Smith

Attorneys for Defendants
Grassland Water District and Grassland Resource Conservation District


KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By: /s/ Daniel J. O'Hanlon (as authorized on June 30, 2014)
    Daniel J. O'Hanlon

Attorneys for Defendant-Intervenors
San Luis & Delta-Mendota Water Authority and Westlands Water District


MINASIAN, MEITH, SOARES, SEXTON & COOPER, LLP

By: /s/ Paul R. Minasian (as authorized on June 30, 2014)
    Paul R. Minasian

Attorneys for Intervenors
San Joaquin River Exchange Contractors Water Authority, Central California Irrigation District, San Luis Canal Company, Firebaugh Canal Water District, and Columbia Canal Company

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 4 -   30049\4445652.2

Stipulation Extending Time to Respond to Exchange Contractors' Complaint in Intervention; Order

**ORDER**

Based on the above stipulation of the parties, and for good cause shown, it is hereby ORDERED that Plaintiffs, Federal Defendants, Grassland, and SLDMWA/Westlands shall have until and including September 8, 2014 to respond, as necessary, to the Exchange Contractors' Complaint in Intervention.

IT IS SO ORDERED.

Dated: **July 1, 2014**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 5 -

30049\4445652.2

Stipulation Extending Time to Respond to Exchange Contractors' Complaint in Intervention; Order