Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Paul P. "Skip" Spaulding, III (State Bar No. 83922)
sspaulding@fbm.com
Ashley E. Breakfield (State Bar No. 280460)
abreakfield@fbm.com
Alex Reese (State Bar No. 280530)
areese@fbm.com
Alexander M. Porcaro (State Bar No. 281185)
aporcaro@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Jennifer T. Buckman (State Bar No. 179143)
jbuckman@friantwater.org
General Counsel
Friant Water Authority
1107 9th Street, Suite 640
Sacramento, CA 95814
Telephone: (916) 382-4344

Attorneys for Plaintiff
FRIANT WATER AUTHORITY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIANT WATER AUTHORITY, a California joint powers authority, et al.<br><br>Plaintiff,<br><br>vs.<br><br>SALLY JEWELL, as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR; et al.,<br><br>Defendants. | Case No. 1:14-cv-00765-LJO-BAM<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFFS TO AMEND COMPLAINT AS TO SLDMWA/ WESTLANDS; ORDER**<br><br>**(L.R. 144)** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

30049\4445675.3

Stipulation Extending Time for Plaintiffs to Amend Complaint; [Proposed] Order

Plaintiff FRIANT WATER AUTHORITY and the other plaintiffs listed in the below signature portion (collectively, "Plaintiffs") and defendant-intervenors SAN LUIS & DELTA MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT (collectively, "SLDMWA/Westlands"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 20, 2014, Plaintiffs filed their initial Complaint;

WHEREAS, on May 27, 2014, the Court entered an order granting SLDMWA/Westlands' motion to intervene as defendants;

WHEREAS, on June 10, 2014, SLDMWA/ Westlands filed an Answer in Intervention;

WHEREAS, Plaintiffs have notified the other parties that they intend to amend their Complaint;

WHEREAS, SLDMWA/ Westlands have agreed to extend the time for Plaintiffs to amend their Complaint as to SLDMWA/ Westlands to and including July 21, 2014;

NOW, THEREFORE, PLAINTIFFS AND SLDMWA/ WESTLANDS HEREBY AGREE AND STIPULATE THAT Plaintiffs shall have until and including July 21, 2014 to amend their Complaint as to SLDMWA/ Westlands.

IT IS SO STIPULATED.


Dated: July 1, 2014          FARELLA BRAUN + MARTEL LLP

                             By: /s/ Thomas Mayhew
                                 Thomas Mayhew

                             Attorneys for Plaintiff
                             Friant Water Authority

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -                                                                30049\4445675.3
Stipulation Extending Time for Plaintiffs to Amend Complaint; Order

FRIANT WATER AUTHORITY

By: /s/ Jennifer Buckman (as authorized on June 27, 2014)
    Jennifer Buckman

Attorneys for Plaintiffs
Friant Water Authority, Arvin-Edison Water Storage District, Delano-Earlimart Irrigation District, Lindmore Irrigation District, Lindsay-Strathmore Irrigation District, Madera Irrigation District, Orange Cove Irrigation District, and Shafter-Wasco Irrigation District

PELTZER & RICHARDSON, APC

By: /s/ Alex M. Peltzer (as authorized on June 30, 2014)
    Alex M. Peltzer

Attorneys for Plaintiffs
Lower Tule River Irrigation District, Pixley Irrigation District, Porterville Irrigation District, Stone Corral Irrigation District, Tea Pot Dome Water District, and Tulare Irrigation District

RUDDELL, COCHRAN, STANTON, SMITH & BIXLER, LLP

By: /s/ D. Zackary Smith (as authorized on June 30, 2014)
    D. Zackary Smith

Attorneys for Plaintiffs
Terra Bella Irrigation District, Saucelito Irrigation District, and Kaweah Delta Water Conservation District

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By: /s/ Daniel J. O'Hanlon (as authorized on June 30, 2014)
    Daniel J. O'Hanlon

Attorneys for Defendant-Intervenors
San Luis & Delta-Mendota Water Authority and Westlands Water District

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 3 -  30049\4445675.3

Stipulation Extending Time for Plaintiffs to Amend Complaint; Order

# ORDER

Based on the above stipulation of the parties, and for good cause shown, it is hereby ORDERED that Plaintiffs shall have until and including July 21, 2014 to amend their Complaint as to SLDMWA/ Westlands.

IT IS SO ORDERED.

Dated: **July 1, 2014**     /s/ *Barbara A. McAuliffe*
                            UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 4 -   30049\4445675.3

Stipulation Extending Time for Plaintiffs to Amend Complaint; Order