Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Paul P. "Skip" Spaulding, III (State Bar No. 83922)
sspaulding@fbm.com
Ashley E. Breakfield (State Bar No. 280460)
abreakfield@fbm.com
Alex Reese (State Bar No. 280530)
areese@fbm.com
Alexander M. Porcaro (State Bar No. 281185)
aporcaro@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Jennifer T. Buckman (State Bar No. 179143)
jbuckman@friantwater.org
General Counsel
Friant Water Authority
1107 9th Street, Suite 640
Sacramento, CA 95814
Telephone: (916) 382-4344

Attorneys for Plaintiff
FRIANT WATER AUTHORITY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIANT WATER AUTHORITY, a California joint powers authority, et al.<br><br>Plaintiff,<br><br>vs.<br><br>SALLY JEWELL, as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR; et al.,<br><br>Defendants. | Case No. 1:14-cv-00765-LJO-BAM<br><br>**STIPULATION EXTENDING TIME FOR (1) PLAINTIFFS TO AMEND COMPLAINT AS A MATTER OF RIGHT, (2) DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT, AND (3) PLAINTIFFS AND DEFENDANTS TO RESPOND TO EXCHANGE CONTRACTORS' COMPLAINT IN INTERVENTION; ORDER THEREON**<br><br>**(L.R. 144)** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

30049\4473480.1

Stipulation Extending Time for Pleadings; [Proposed] Order

Plaintiff FRIANT WATER AUTHORITY and the other plaintiffs listed in the below signature portion (collectively, "Plaintiffs"); defendants UNITED STATES BUREAU OF RECLAMATION, UNITED STATES DEPARTMENT OF THE INTERIOR, DAVID MURILLO, LOWELL PIMLEY, MICHAEL JACKSON, and SALLY JEWELL (collectively, "Federal Defendants"); defendants GRASSLAND RESOURCE CONSERVATION DISTRICT and GRASSLAND WATER DISTRICT (collectively, "Grassland"); defendant-intervenors SAN LUIS & DELTA MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT (collectively, "SLDMWA/Westlands," and, together with Federal Defendants and Grassland, "Defendants"); and intervenor SAN JOAQUIN RIVER EXCHANGE CONTRACTORS WATER AUTHORITY ("Exchange Contractors"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 20, 2014, Plaintiffs filed their initial Complaint;

WHEREAS, on May 27, 2014, the Court entered an order granting SLDMWA/Westlands' motion to intervene as defendants;

WHEREAS, also on May 27, 2014, the Court entered an order granting the Exchange Contractors' motion to intervene;

WHEREAS, on June 6, 2014, the Court entered an order extending the time for Grassland to respond to Plaintiffs' Complaint to and including July 21, 2014.

WHEREAS, on June 10, 2014, SLDMWA/ Westlands filed an Answer in Intervention;

WHEREAS, on June 16, 2014, the Exchange Contractors filed a Complaint in Intervention;

WHEREAS, Plaintiffs have notified the other parties that they intend to amend their Complaint;

WHEREAS, on July 1, 2014, the Court entered an order extending the time for Plaintiffs to amend their Complaint as to SLDMWA/ Westlands to and including July 21, 2014;

WHEREAS, also on July 1, 2014, the Court entered an order extending the time for Plaintiffs and Defendants to respond, as necessary, to the Exchange Contractors' Complaint in

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 2 -    30049\4473480.1

Stipulation Extending Time for Pleadings; Order

Intervention to and including September 8, 2014;

WHEREAS, Plaintiffs, Defendants, and the Exchange Contractors have agreed to extend the time for Plaintiffs to amend their Complaint as of right as to all parties to and including July 28, 2014;

WHEREAS, Plaintiffs, Defendants, and the Exchange Contractors have agreed to extend the time for Defendants to respond to Plaintiffs' Complaint or anticipated Amended Complaint to and including September 19, 2014; and

WHEREAS, Plaintiffs, Defendants, and the Exchange Contractors have agreed to further extend the time for Plaintiffs and Defendants to respond, as necessary, to the Exchange Contractors' Complaint in Intervention to and including September 19, 2014.

NOW, THEREFORE, PLAINTIFFS, DEFENDANTS, AND THE EXCHANGE CONTRACTORS HEREBY AGREE AND STIPULATE THAT:

1. Plaintiffs shall have until and including July 28, 2014 to amend their Complaint as of right as to all parties;

2. Defendants shall have until and including September 19, 2014 to respond to Plaintiff's Complaint or anticipated Amended Complaint; and

3. Plaintiffs and Defendants shall have until and including September 19, 2014 to respond, as necessary, to the Exchange Contractors' Complaint in Intervention.

IT IS SO STIPULATED.


Dated: July 18, 2014                FARELLA BRAUN + MARTEL LLP

                                    By: /s/ Thomas Mayhew
                                        Thomas Mayhew

                                    Attorneys for Plaintiff
                                    Friant Water Authority

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 3 -    30049\4473480.1

Stipulation Extending Time for Pleadings; Order

FRIANT WATER AUTHORITY

By: /s/ Jennifer Buckman (as authorized on July 18, 2014)
    Jennifer Buckman

Attorneys for Plaintiffs
Friant Water Authority, Arvin-Edison Water Storage District, Delano-Earlimart Irrigation District, Lindmore Irrigation District, Lindsay-Strathmore Irrigation District, Madera Irrigation District, Orange Cove Irrigation District, and Shafter-Wasco Irrigation District

PELTZER & RICHARDSON, APC

By: /s/ Alex M. Peltzer (as authorized on July 18, 2014)
    Alex M. Peltzer

Attorneys for Plaintiffs
Lower Tule River Irrigation District, Pixley Irrigation District, Porterville Irrigation District, Stone Corral Irrigation District, Tea Pot Dome Water District, and Tulare Irrigation District

RUDDELL, COCHRAN, STANTON, SMITH & BIXLER, LLP

By: /s/ D. Zackary Smith (as authorized on July 18, 2014)
    D. Zackary Smith

Attorneys for Plaintiffs
Terra Bella Irrigation District, Saucelito Irrigation District, and Kaweah Delta Water Conservation District

SAM HIRSCH
Acting Assistant Attorney General, Environment and Natural Resources Division

By: /s/ Sara C. Porsia (as authorized on July 18, 2014)
    Sara C. Porsia

Attorneys for Federal Defendants
Sally Jewell, in her capacity as Secretary of the U.S. Department of the Interior; U.S. Department of the Interior; Lowell Pimley, in his capacity as Acting Commissioner of the U.S. Bureau of Reclamation; David Murillo, in his capacity as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior; Michael Jackson, in his capacity as Area Manager of the South-Central California Area Office of the United States Bureau of Reclamation; and, U.S. Bureau of Reclamation

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 4 -   30049\4473480.1

Stipulation Extending Time for Pleadings; Order

ADAMS BROADWELL JOSEPH & CARDOZO

By: /s/ Ellen L. Trescott (as authorized on July 18, 2014)
    Ellen L. Trescott

Attorneys for Defendants
Grassland Water District and Grassland Resource
Conservation District


KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By: /s/ Daniel J. O'Hanlon (as authorized on July 18, 2014)
    Daniel J. O'Hanlon

Attorneys for Defendant-Intervenors
San Luis & Delta-Mendota Water Authority and Westlands
Water District


MINASIAN, MEITH, SOARES, SEXTON & COOPER, LLP

By: /s/ Paul R. Minasian (as authorized on July 18, 2014)
    Paul R. Minasian

Attorneys for Intervenors
San Joaquin River Exchange Contractors Water Authority,
Central California Irrigation District, San Luis Canal
Company, Firebaugh Canal Water District, and Columbia
Canal Company

/./././

/./././

/./././

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 5 -   30049\4473480.1

Stipulation Extending Time for Pleadings; Order

**ORDER**

Based on the above stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall have until and including July 28, 2014 to amend their Complaint as of right as to all parties;

2. Defendants shall have until and including September 19, 2014 to respond to Plaintiff's Complaint or anticipated Amended Complaint; and

3. Plaintiffs and Defendants shall have until and including September 19, 2014 to respond, as necessary, to the Exchange Contractors' Complaint in Intervention.

IT IS SO ORDERED.

Dated: **July 21, 2014**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 6 -                          30049\4473480.1
Stipulation Extending Time for Pleadings; Order