# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIANT WATER AUTHORITY, *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>SALLY JEWELL, as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>**Defendants,**<br><br>SAN JOAQUIN RIVER EXCHANGE CONTRACTORS WATER AUTHORITY, *et al.*,<br><br>**Intervenors,**<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br><br>**Defendant-Intervenors.** | Case No. 1:14-CV-000765-LJO-BAM<br><br>**MEMORANDUM DECISION AND ORDER RE PLAINTIFFS' MOTION TO TRANSFER TO COURT OF FEDERAL CLAIMS (Doc. 71)** |

On December 18, 2014, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in this case voluntarily dismissed their entire action without prejudice as to the United States Bureau of Reclamation, United States Department of the Interior, David Murillo, Lowell Pimley, Michael Jackson, and Sally Jewell (collectively, "Federal Defendants"), defendants Grassland Resource Conservation District and Grassland Water District (collectively, "Grassland"), and intervenor the San Joaquin River Exchange Contractors Water Authority ("Exchange Contractors"). Doc. 99.

On December 29, 2014, the Parties stipulated to dismiss all remaining claims against all remaining parties as follows:

- Plaintiffs' action is voluntarily dismissed without prejudice as to San Luis and the Exchange Contractors pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

- The Exchange Contractors' Complaint in Intervention is voluntarily dismissed without prejudice

1

as to Plaintiffs and San Luis by stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

- The Exchange Contractors' Complaint in Intervention is voluntarily dismissed without prejudice as to all other parties by notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 103.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), all remaining claims against all remaining parties are dismissed without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **January 5, 2015**                          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE